UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,

Plaintiff,

v.

XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*,

Defendants.

Civil Action No.1:24-cv-1092 (RC)

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of William Scolinos as counsel for Plaintiff in the above captioned case substituting for Michael Ding.

Dated: March 7, 2025
Washington D.C.

Respectfully submitted,

By: /s/ *William Scolinos*
William Scolinos (D.C. Bar No. 90023488)
Tel: (202) 964-3721
E-mail: William.Scolinos@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003

*Counsel for America First Legal Foundation*